DAWN CAMERON LaGANZA *v.* ROBERT ALLEN LaGANZA
(8954)

DALY, NORCOTT and LAVERY, Js.

Argued February 15—decision released March 19, 1991

*Paul J. Pacifico,* for the appellant (defendant).

*Walter M. Andrew, Jr.,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.